**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Altion Mays
                      Plaintiff,

v.                                     Case No.: 1:10−cv−00153
                                            Honorable Blanche M. Manning

BNSF Railway Company
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 3, 2011:

      MINUTE entry before Honorable Nan R. Nolan:Magistrate Judge Status hearing held and continued to 12/1/2011 at 09:00 AM. The joint oral motion to extend discovery to 11/30/2011 is granted. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.